UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Nabila Muma,  Civil 08-6350 PJS/FLN

    Plaintiff,

v.  O R D E R

Marcellus Ndanjong Muma,

    Defendant.

_____

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 20, 2009 [Docket No. 6], all the files and records, no objections having been filed to said Report and Recommendation, and the letter from the plaintiff requesting to withdraw her case filed on January 26, 2009 [Docket No. 9],

    **IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED.

DATED: February 11, 2009.         s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge